727 A.2d 1076

**Donna KEHLER, Petitioner,**

v.

**WORKERS' COMPENSATION APPEAL BOARD
(DEPARTMENT OF PUBLIC WELFARE),
Respondent.**

Supreme Court of Pennsylvania.

March 23, 1999.

## *ORDER*

PER CURIAM:

**AND NOW**, this 23rd day of March, 1999, we hereby **DENY** the Motion for Immediate Review and to Award Petitioner Workers' Compensation Benefits.